*I APOLOGIZE FOR MAKING SOME ADDITION AND TYPING ERRORS, WOULD YOU PLEASE ACCEPT THIS AMENDED AFFIDAVIT?*

*PLEASE SEE ATTACHED*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

**IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT**

FILED
NOV -4 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff: ROBERT ZANIO

v.

Defendant(s): BILL CAMPINIGRO AND CITY OF PROSPECT HEIGHTS

Case Number: 18-CV-05922

Judge: HONORABLE JOAN B. GOTTSCHALL

**Instructions:** This application must be updated at least annually. Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place a ✓ in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

Application: I, ROBERT ZANIO, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant ☐ (other_____) in the above-entitled case. This affidavit constitutes my application to proceed ☐ without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. I understand that the judge can grant my application, deny my application, or require that I pay a partial filing fee. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated? ☐ Yes ☒ No
   (If "No" go to question 2.)
   ID #:_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐ Yes ☐ No
   Monthly amount:_____

2. Are you currently employed? ☒ Yes ☐ No
   A. If the answer is "yes," state your:
      Monthly salary or wages: I DON'T GET MONTHLY SALARY, I GET PAID $100 PER DAY
      Name and address of employer: SCHOOL DIST 21 999 DUNDEE RD WHEELING, IL
   B. If the answer is "no," state your:
      Beginning and ending dates of last employment:_____
      Last monthly salary or wages:_____
      Name and address of employer:_____

3. Are you married? ☐ Yes ☒ No
   If the answer is "yes", is your spouse currently employed? ☐ Yes ☐ No

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 08/23/2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*Spouse's Monthly* salary or wages: _____
Name and address of employer: _____

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), have you or anyone else living at the same residence received more than $200 in the past twelve months from any of the following sources? Place a ✓ next to "Yes" or "No" in each of the categories A through G, check all boxes that apply in each category, and fill in the twelve-month total in each category.

   A. ☒ Salary or ☒ wages    ☒ Yes   ☐ No
   Total received in the last 12 months: $24,715.80
   Received by: ROBERT ZANIO

   B. ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes   ☐ No
   Total received in the last 12 months: _____
   Received by: _____

   C. ☒ Rental income, ☐ interest or ☐ dividends    ☒ Yes   ☐ No
   Total received in the last 12 months: $2,900
   Received by: ROBERT ZANIO

   D. ☒ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☒ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ Settlement/Judgment or ☐ child support    ☒ Yes   ☐ No
   Total received in the last 12 months: $22,472.26
   Received by: ROBERT ZANIO

   E. ☐ Gifts or ☐ inheritances    ☐ Yes   ☒ No
   Total received in the last 12 months: _____
   Received by: _____

   F. ☐ Unemployment, ☐ welfare, or ☐ any other public assistance    ☐ Yes   ☒ No
   Total received in the last 12 months: _____
   Received by: _____

   G. ☐ Any other sources (describe source: _____)    ☐ Yes   ☒ No
   Total received in the last 12 months: _____
   Received by: _____

5. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐ Yes   ☐ No
   Total amount: $250   10/13/2019
   In whose name held: ROBERT ZANIO   Relationship to you: SELF

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

6. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
   Property:_____ Current value: _____
   In whose name held:_____ Relationship to you: _____

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc. ☒ Yes ☐ No
   Type of property and address: ONE BEDROOM CONDO
   Current value: $60,000 Equity: $20,000 (Equity is the difference between what the property is worth and the amount you owe on it.)
   In whose name held: ROBERT ZANIO Relationship to you: SELF
   Amount of monthly mortgage or loan payments: $2471
   Name of person making payments: ROBERT ZANIO

8. Do you or anyone else living at the same residence own any automobiles with a current market value of more than $1000? ☐ Yes ☒ No
   Year, make and model: _____
   Current value:_____ Equity:_____ (Equity is the difference between what the automobile is worth and the amount you owe on it.)
   Amount of monthly loan payments: _____
   In whose name held:_____ Relationship to you: _____
   Name of person making payments: _____

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐ Yes ☒ No
   Property:_____
   Current value:_____ Equity:_____ (Equity is the difference between what the property is worth and the amount you owe on it.)
   Amount of monthly loan payments: _____
   In whose name held:_____ Relationship to you: _____
   Name of person making payments: _____

10. List the persons who live with you who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☒ None.
    _____
    _____

11. List the persons who do not live with you who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☐ None. MY DAUGHTER RACHAEL ZANIO
    SCHOOL, CLOTHES, FOOD
    ~~$14,021.96 PER YEAR~~
    $4,021.96 PLEASE SEE ATTACHED
    RZ

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 08/23/2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.**

Date: 10/23/2019         *Robert Zanco*
                         Signature of Applicant
                         ROBERT ZANCO
                         (Print Name)

---

**NOTICE TO PRISONERS**: <u>In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by <u>each institution</u> where you have been in custody during that six-month period. As already stated, you must also have the Certificate below <u>completed by an authorized officer at each institution.</u>

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein,_____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____. (Add all deposits from all sources and then divide by number of months).

_____    _____
Date                            Signature of Authorized Officer

_____
(Print Name)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 08/23/2018

Dear Honorable Judge Joan Gottschall          CASE 18-CV-05922

The total cash received in the last 12 months (Since October 12,2019) is $59,021.96. Please see itemized list (revenue, income, loans) which shows where all the money came from. All of the $59,021.96 was spent on expenditures needed to survive. (Please see itemized list of Expenditures). I do not take drugs nor do I have a drinking habit nor do I spend money on a girlfriend. I pretty much keep to myself. I have all of my receipts and am prepared to show how all the money was spent. Most of my expenses ($35,000) were attorney fees or repayment of attorney loans. Some of the money received is in my checking account (about $250). This $35,000 was needed to defend myself from criminal charges resulting from Detective Campinigro's malicious prosecution. These charges have all been dismissed and expunged.

Please note that in order to survive I have had to borrow $9,550 this past 12 months. Please see itemized list of loans). I have to pay about $360 interest per month on these loans.

I do not have the money to pay for an attorney to represent me to recover the $77,348,66 in financial loses which occurred over a three-year period. I have been damaged emotionally l and psychotically as a result of the court order which forbade me to see my daughter for two years. I do not know how that loss can be expressed in monetary terms.

If I cannot reach a settlement with the defense before trial, could I please have an attorney to represent me?

### Cash Flow October 12, 2018 thru October 13, 2019

Revenue
- Pension          $12,916,03
- Social security    9,555.98
- Wages and salary  24,715.43
- Total revenue         $ 47,187.44

Income
- Income tax refund  $1,182.21
- Ssa treasury        135.00
- Susan Mendoza       132.00
- Refund TRS          539.96
- VISA rewards        295.35
- Total Income           $2,284.52

Loans                    9,550.00

Total Revenue, income, loans   $59,021.96

Expenditures
- Attorney fees and Repayment of attorney loans  $35,000.00
- Living expenses     14,750.00
- Past due bills       5,000.00
- My daughter's school clothes, living expenses  4,021.96
- Checking account      250.00
- Total expenditures        $59,021.96

Loans
- Home Equity  $3,400
- VISA credit   4,000
- Ken Zanio     2,150
- Total loans   $9,550

*[Handwritten note:]* PLEASE DISREGARD THE PREVIOUS ATTACHED AFFIDAVIT STATEMENT THERE WERE SOME ADDITION AND TYPING ERRORS. THANK YOU Robert Zaner

CASE 18-CV-05922

Dear Honorable Judge Joan Gottschall

    The total cash received in the last 12 months (Since October 13.2019) is $59,021.96. Please see itemized list (revenue, income, loans) which shows where all the money came from. All of the $59,021.96 was spent on expenditures needed to survive. (Please see itemized list of Expenditures). I do not take drugs nor do I have a drinking habit nor do I spend money on a girlfriend. I pretty much keep to myself. I have all of my receipts and am prepared to show how the money was spent. Most of my expenses ($35,000) were attorney fees or repayment of attorney loans some of the money received is in my checking account (about $250). This $35,000 was needed to defend myself from criminal charges resulting from Detective Campinigros malicious prosecution. These charges have all been dismissed and expunged.

    Please note that in order to survive I have had to borrow $9550 this past 12 months. Please see itemized list of loans) I have to pay about $360 interest per month on these loans.

    I do not have the money to pay for an attorney to represent me to recover the $77,348,66 in financial loses which occurred over a three year period . I have been damaged emotionally I and psychotically as a result of the court order which forbade me to see my daughter for two years. I do not know how that loss can be expressed in monetary terms.

    If I cannot reach a settlement with the defense before trial, could I please have an attorney to represent me?

## Cash Flow

### Revenue

| | | |
|---|---|---|
| Pension | $12,916,03 | |
| Social security | 9,555.98 | |
| Wages and salary | ~~24,715.03~~ 24,715.43 | |
| Total revenue | 47,187.04 | |

### Income

| | | |
|---|---|---|
| Income tax refund | 1182.21 | |
| Ssa treasury | 135.00 | |
| Susan Mendoza | 132.00 | |
| Refund TRS | 539.96 | |
| VISA rewards | ~~294.35~~ | 295.35 |
| | ~~2283.52~~ | 2284.52 |
| Loans | ~~95550.00~~ | 9550.00 |
| Revenue, income, loans | $59,021.96 | |

I APOLOGIZE FOR MAKING SOME ADDITION AND TYPING ERRORS. PLEASE SEE THE THE ATTCHED CASH FLOW STATEMENT

Robert Zanio

### Expenditures

| | | |
|---|---|---|
| Attorney fees and Repayment of attorney loans | $35,000 | |
| Living expenses | ~~15,000~~ | 14,750.00 |
| Past due bills | 5,000 | |
| My daughter's school | | |
| Clothes living expenses | ~~14,021.96~~ | 4,021.96 |
| CHECKING ACCOUNT | 250.00 | |
| Total; expenditures | $59,021.96 | |

### Loans

| | |
|---|---|
| Home Equity | $3,400 |
| VISA credit | 4,000 |
| Ken Zanio | 2150 |
| | 9550 |